UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TYRONE B. COOPER, <br> Petitioner | § <br> § <br> § | |
| v. | § | C.A. NO. C-05-53 |
| | § | |
| JOE D. DRIVER, WARDEN, <br> Respondent | § <br> § <br> § | |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION TO DISMISS

On August 12, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 14). Objections were timely filed but have no merit (D.E. 15). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion to Dismiss (D.E. 12) is GRANTED, and petitioner's cause of action for habeas corpus relief is DISMISSED.

ORDERED this 7 day of Oct, 2005.

HAYDEN HEAD
CHIEF JUDGE